64 A.3d 1072

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony ROSE, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 20, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of February, 2013, the Petition for Allowance of Appeal is hereby **GRANTED.** The issue, rephrased for clarity is:

Whether the Superior Court erred in concluding that the PCRA court's failure to provide notice pursuant to Pa. R.Crim.P. 907 was permissible in this case.

The Motion for Leave to File a Reply to the Answer is **DENIED.** It is further ordered that the trial court is directed to appoint counsel to assist Petitioner on appeal to this Court.